Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff, Gloria Flores*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK, NA,<br><br>　　　　Defendant. | Case No. 2:21-cv-00491-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF CAPITAL ONE BANK (USA), N.A., WITH PREJUDICE**<br><br>Complaint filed: March 25, 2021 |

PLEASE TAKE NOTICE that Plaintiff Gloria Flores ("Plaintiff") and Defendant Capital One Bank (USA), N.A., sued as Capital One Bank, NA, ("Capital One") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. (a)(1)(A)(ii).

Plaintiff hereby stipulates that all of her claims and causes of action against Capital One, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party. There are no longer any issues in this matter between Plaintiff and Capital One to be determined by the Court, and Capital One is the only remaining defendant.

**IT IS SO STIPULATED.**
DATED: October 25, 2021.

| **KNEPPER & CLARK LLC** | **BALLARD SPAHR LLP** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Joel E. Tasca* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>matthew.knepper@knepperclark.com | Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Email: tasca@ballardspahr.com |
| **KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Shawn W. Miller, Esq.<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Pkwy, Ste 200<br>Henderson, NV 89052<br>DKrieger@kriegerlawgroup.com<br>SMiller@kriegerlawgroup.com<br><br>*Counsel for Plaintiff, Gloria Flores* | *Counsel for Defendant*<br>*Capital One Bank (USA), N.A* |

**ORDER GRANTING STIPULATION OF DISMISSAL OF CAPITAL ONE BANK (USA), N.A, WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 26th day of October 2021.

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430